AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

FILED
MAR 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSC

| Zachary Goodman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14c1022 |
| Hangtime, Inc. | ) |
| *Defendant* | ) |

CV 16  80071  MISC.

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/08/2015__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __01/15/2016__

CLERK OF COURT

_Emily Wall_
*Signature of Clerk or Deputy Clerk*

CERTIFIED COPY (Rev. 1/2012)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on 01/15/2016.

THOMAS G. BRUTON, CLERK

By: *[signature]* Emily Wall
Deputy Clerk