IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Zachary Goodman,

Plaintiff(s),

v.

Hangtime, Inc.,

Defendant(s).

Case No. 14c1022
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes     pre-judgment interest.
☐ does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Settlement is hereby finally approved in all respects, and the Parties are hereby directed to implement and consummate the Settlement Agreement according to its terms and provisions. The Court hereby awards the Class Representatives (Zachary Goodman and Derrick Sims) incentive awards in the amount of $4,000 each ($8,000 total). The Court hereby awards attorney's fees to Class Counsel in the amount of $291,841.50 ($220,666.50 to Edelson PC and $71,175.00 to Pastor Law Office LLP). This Court hereby dismisses this lawsuit on the merits and with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion for final approval of class action settlement.

Date: 10/8/2015

Thomas G. Bruton, Clerk of Court

s/G. Lewis, Deputy Clerk