```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611114049
Cashier ID: almaceh
Transaction Date: 03/28/2016
Payer Name: OPHIR GAM

MISCELLANEOUS PAPERS
 For: ZACHARY GOODMAN
 Case/Party: D-CAN-3-16-MC-080071-001
 Amount:      $46.00

CREDIT CARD
 Amt Tendered: $46.00

Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

JSC MISC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```